UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF BLANCO<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No.: 4:18-cv-04705<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

## ORDER

Having considered Defendants' Unopposed Motion to Extend Deadline to Respond to the Complaint, the Court hereby GRANTS the Motion. The Court ORDERS that the deadline for Manufacturer Defendants Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. to answer or otherwise respond to the Complaint is extended to: (1) 60 days after this case is transferred to the Federal MDL or, if the case is remanded, (2) 5 business days after a remand order is received by the State Court.

12/31/18

_____
Presiding Judge
Southern District Of Texas